THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**PETCUBE, INC.,**<br><br>   Defendant. | CIVIL ACTION NO. <u>1:19-cv-1605-RGA</u><br><br>JURY TRIAL DEMANDED |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Petcube, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: October 15, 2019

Respectfully submitted,

*/s/ Stamatios Stamoulis*          .
**STAMATIOS STAMOULIS**
**STAMOULIS & WEINBLATT LLC**
800 N. West St.,
Third Floor,
Wilmington, DE 19801
(302) 999-1540
weinblatt@swdelaw.com

**ATTORNEYS FOR PLAINTIFF**